UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:20-cv-03583

STOCKFOOD AMERICA, INC.,

    Plaintiff,

v.

MELLOS PARTNERS LLC D/B/A MELLOS PEANUT COMPANY,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff STOCKFOOD AMERICA, INC. by and through its undersigned counsel, brings this Complaint against Defendant MELLOS PARTNERS LLC D/B/A MELLOS PEANUT COMPANY for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff STOCKFOOD AMERICA, INC. ("Stockfood") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Stockfood's original copyrighted Work of authorship in its Work.

2. Stockfood is the world's leading food image agency. Stockfood has a unique collection of food images, videos, features and recipes on the worldwide subject of food and drink. Stockfood was founded in Munich, Germany by photographer Pete A. Eising. In 1996, Stockfood founded a sales office in Kennebunk, Maine, and in 2007, in London, England. Stockfood specialized in the art of food from the very beginning. In addition to a renowned food photography studio, Studio Eising, the company initially offered exclusively rights-managed

images. In 2002 the offering was expanded to include royalty-free images, and in 2008 videos were added, together with an in-house production studio.

3. In 2011, features – complete articles including images and text – became available too. Today, an in-house editorial team can supply appropriate text of all images, videos, feature articles and recipes. Stockfood content and productions can be found in high-quality print publications, mobile apps, advertisements, books and calendars worldwide.

4. Defendant MELLOS PARTNERS LLC D/B/A MELLOS PEANUT COMPANY ("Mellos") is a limited liability company which specializes in producing boxes with peanuts and diverse flavors of popcorn.

5. Stockfood alleges that Mellos copied Stockfood's copyrighted Work from the internet in order to advertise, market and promote its business activities. Mellos committed the violations alleged in connection with Mellos's business for purposes of advertising and promoting sales to the public in the course and scope of the Mellos's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Illinois.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

10. Mellos Partners LLC d/b/a Mellos Peanut Company is a Limited Liability Company, with its principal place of business at 2407 N. Elston, Chicago, IL 60647, and can be served by serving its Registered Agent, National Registered Agents Inc., 208 South LaSalle Street, Suite 814, Chicago, IL 60604.

**THE COPYRIGHTED WORK AT ISSUE**

11. In 2009, Eising created the photograph entitled 00688225 and assigned the Copyright to Stockfood, which is shown below and referred to herein as the "Work".

12. Stockfood registered the Work with the Register of Copyrights on January 21, 2011 and was assigned the registration number VA 1-768-817. The Certificate of Registration is attached hereto as Exhibit 1.

13. Stockfood's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.



14. At all relevant times Stockfood was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

15. Mellos has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, Mellos copied the Work.

17. Mellos copied Stockfood's copyrighted Work without Stockfood's permission.

18. After Mellos copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its listing for bulk purchases of sour patch kids.

19. Mellos copied and distributed Stockfood's copyrighted Work in connection with Mellos's business for purposes of advertising and promoting Mellos's business, and in the course and scope of advertising and selling products and services.

20. Stockfood's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Mellos committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Stockfood never gave Mellos permission or authority to copy, distribute or display the Work at issue in this case.

23. Stockfood notified Mellos of the allegations set forth herein on April 22, 2019 through November 22, 2019. To date, the parties have failed to resolve this matter. Copies of the Notices to Mellos are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Plaintiff incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Stockfood owns a valid copyright in the Work at issue in this case.

26. Stockfood registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Mellos copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Stockfood's authorization in violation of 17 U.S.C. § 501.

28. Mellos performed the acts alleged in the course and scope of its business activities.

29. Mellos's acts were willful.

30. Stockfood has been damaged.

31. The harm caused to Stockfood has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Mellos Partners LLC d/b/a Mellos Peanut Company that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff its actual damages and Mellos's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

  c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

  d. Plaintiff be awarded pre and post-judgment interest; and

  d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: June 18, 2020      Respectfully submitted,

           */s/Joel B. Rothman*
           JOEL B. ROTHMAN
           joel.rothman@sriplaw.com
           CRAIG A. WIRTH
           craig.wirth@sriplaw.com

           **SRIPLAW**
           21301 Powerline Road
           Suite 100
           Boca Raton, FL  33433
           561.404.4350 – Telephone
           561.404.4353 – Facsimile

           *Attorneys for Plaintiff Stockfood America, Inc.*